BURCO, INC., and Others v. CARROLL E. GRAY, JR., and Others, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

BURCO, INC., and Others v. CARROLL E. GRAY, JR., and Others, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

MOLLIE BURG and JACOB BURG v. SAMUEL SASTER, Doing Business under the Name of SAM'S BAKERY, and Another.— Motion to resettle order of this court entered January 24, 1941, denied, without costs. [See *ante*, p. 817.] Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

## (April 30, 1941.)

ALFREDO SFORZA, Plaintiff, v. NATIONAL GYPSUM COMPANY and Another, Defendants, and KAHNT CATALDO, INC., Appellant, and COLONIAL SAND AND STONE COMPANY, INC., Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

## SECOND DEPARTMENT, APRIL, 1941.

### (April 2, 1941.)

In the Matter of the Judicial Settlement of the Account of Proceedings of JEAN STODDART, Administratrix, etc., of WILLIAM STODDART, Deceased. AGNES STODDART EDGAR and Others, Appellants; JEAN STODDART, Administratrix, etc., of WILLIAM STODDART, Deceased, Petitioner, Respondent, AGNES MOISIK and Others, Respondents.— Motion to add Albert Hutton as a party respondent granted. The appeal is restored to the calendar for argument or submission at the May, 1941, term. In all other respects the motion is denied. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

### (April 3, 1941.)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALFRED DE W. MASON and JANET D. M. SLAUSON, Respondents, v. WILLIAM STANLEY MILLER and Others, as Tax Commissioners, Constituting the Board of Tax Commissioners, Appellants. — Motion for reargument of motion to amend or resettle order of this court, dated November 12, 1940, referred to the court which determined the appeal. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ. Motion for reargument of motion to amend or resettle order of this court, dated November 12, 1940, granted, and on reargument motion granted to the extent of amending the decision of this court dated November 12, 1940 [260 App. Div. 940], to read as follows: In a certiorari proceeding to review an assessment of real property defendants appeal from a final order reducing the assessment from $132,000 to $80,000 for the tax year of 1938, and the first half of the tax year of 1939. Order modified on the law and the facts by providing that the assessment for the year